# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by her guardian ad litem Sirena Nilo, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES, <br><br> Defendant | OLD CASE 1:19-CV-0728 DAD BAM <br><br> NEW CASE 1:19-CV-0728 AWI SKO <br><br> ORDER RELATING & REASSIGNING CASE |

After a review of the Court's docket, it appears that this case is related to *M.S. et al. v. Kaweah Delta Health Care Dist.*, 1:19-CV-0594 AWI SKO. See Local Rule 123. The Court finds that it is appropriate to relate this case to 1:19-CV-0594 AWI SKO and to reassign this case to the docket of the undersigned and to Magistrate Judge Sheila K. Oberto. See id.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123, this case is REASSIGNED from District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe to Senior District Judge Anthony W. Ishii and Magistrate Judge Sheila K. Oberto; and

2. The new case number in this matter, which the parties shall use for all future filings, is: 1:19-CV-0728 AWI SKO.

IT IS SO ORDERED.

Dated: June 6, 2019

_____

SENIOR DISTRICT JUDGE