McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by her Guardian Ad Litem SIRENA NILO, SIRENA NILO and JOSEPH QUEEN individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; KAWEAH DELTA HEALTH CARE DISTRICT D.B.A. KAWEAH DELTA MEDICAL CENTER,<br><br>Defendants. | CASE NO. 1:19-CV-728 AWI SKO<br><br>ORDER TO RESCHEDULE THE SEPTEMBER 17, 2019, PRETRIAL SCHEDULING CONFERENCE UNTIL AFTER THE UNITED STATES' RESPONSIVE PLEADING IS DUE<br><br>(Doc. 16) |

The Court, having read the parties' stipulation (Doc. 16), finds that good cause exists and thus,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 17, 2019, is **CONTINUED to November 7, 2019, at 9:30 a.m.** in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. It is further ORDERED that the Parties submit a Joint Scheduling Report to this Court on or before October 31, 2019.

IT IS SO ORDERED.

Dated:  **September 5, 2019**              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

1