McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by her Guardian Ad Litem SIRENA NILO, SIRENA NILO and JOSEPH QUEEN individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; KAWEAH DELTA HEALTH CARE DISTRICT D.B.A. KAWEAH DELTA MEDICAL CENTER,<br><br>Defendants. | CASE NO. 1:19-CV-728 AWI SKO<br><br>ORDER TO RESCHEDULE THE NOVEMBER 7, 2019, PRETRIAL SCHEDULING CONFERENCE UNTIL JANUARY 2020, AFTER A DECEMBER 12, 2019 MEDIATION<br><br>(Doc. 19) |

The Court, having read the parties' stipulation, (Doc. 19), finds that good cause exists.

IT IS HEREBY ORDERED that the Scheduling Conference currently set for November 7, 2019, is **CONTINUED to January 21, 2020, at 9:45 a.m.** in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. It is further ORDERED that the parties submit a Joint Scheduling Report by no later than January 14, 2020.

IT IS SO ORDERED.

Dated: __**October 15, 2019**__ /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE