McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by her Guardian Ad Litem SIRENA NILO, SIRENA NILO and JOSEPH QUEEN individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; KAWEAH DELTA HEALTH CARE DISTRICT D.B.A. KAWEAH DELTA MEDICAL CENTER,<br><br>Defendants. | CASE NO. 1:19-CV-728 AWI SKO<br><br>ORDER CONTINUING THE JANUARY 21, 2020, SCHEDULING CONFERENCE<br><br>(Doc. 22) |

The Court, having read the parties' stipulation (Doc. 22), and in view of the "conditional settlement" between Plaintiffs and the United States, finds that good cause exists to continue (but not to vacate) the Scheduling Conference.

IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled for January 21, 2020, is CONTINUED **to March 24, 2020, at 10:15 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.** The parties are to submit their joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: **January 14, 2020**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING THE JAN. SCHEDULING CONFERENCE
*M.S., ET AL V. KAWEAH DELTA, ET AL.,* 1:19-cv-728 AWI SKO

1