UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor, by her Guardian Ad Litem SIRENA NILO, SIRENA NILO and JOSEPH QUEEN individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and KAWEAH DELTA HEALTH CARE DISTRICT D.B.A. KAWEAH DELTA MEDICAL CENTER,<br><br>Defendants. | 1:19-cv-00728-AWI-SKO<br><br>NEW CASE NUMBER:<br><br>**1:19-cv-00728-SKO**<br><br>**ORDER REASSIGNING CASE** |

On February 24, 2020, the parties filed a "Stipulated Agreement and Consent for Magistrate Judge Sheila Oberto to Finalize the Settlement of This Action" (the "Stipulation"), in which the parties consent to have the assigned Magistrate Judge "rule on all matters needed to finalize the settlement between Plaintiffs and the United States." (Doc. No. 27.)  The Court, having reviewed the Stipulation, finds that it comports with the provisions of 28 U.S.C. § 636(c)(1), in that all parties indicate that they consent to have the assigned Magistrate Judge conduct all remaining proceedings, including deciding the pending motion for good faith settlement determination (Doc. No. 25), dismissal of Defendant United States of America, and remand to state court.  (*See* Doc. No. 27.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the stipulation of the parties, this matter is reassigned from the docket of United States District Judge Anthony W. Ishii, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes;

2. The new case number shall be **1:19-cv-00728-SKO** and the parties shall file all further documents under the case number **1:19-cv-00728-SKO.**

IT IS SO ORDERED.

Dated:  February 26, 2020

SENIOR DISTRICT JUDGE